RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Richard Esposito

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD ESPOSITO,<br><br>　　　　　Defendant. | Case No. 2:23-mj-349-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION TO CLOSE CASE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Richard Esposito, that the remaining term of unsupervised probation be terminated, all property confiscated at the time of arrest be returned, and the above-captioned matter be closed.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　On October 11, 2023, Mr. Esposito entered into a Petty Offense Plea Agreement with the United States in which he agreed to plead guilty to Count One

of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor. *See* ECF No. 13.

2. The parties agreed to recommend that Mr. Esposito be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's DUI and Victim Impact Panel; (iii) complete an 8-hour Drug and Alcohol Awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six months; and (v) not violate any local, state, or federal laws for a period of six (6) months.

3. On October 11, 2023, this Court sentenced Mr. Esposito pursuant to the parties' plea agreement.

4. Since commencing his term of unsupervised probation, Mr. Esposito has successfully completed conditions (i), (ii), (iii), (iv) and (v).

5. The parties agree to jointly move to allow Mr. Esposito to withdraw his plea of guilty to Count 1- Operating a Motor Vehicle while Under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1).

6. The government hereby moves, pursuant to the plea agreement to amend Count 1 of the Complaint to a charge of Reckless Driving, a violation of Title 36 C.F.R. § 4.2(b) and NRS 484B.653.

7. Mr. Esposito herby pleads guilty to the amended Count 1 of the Complaint.

8. The parties jointly request that the original sentence be applied to the Reckless Driving conviction.

9. Considering Mr. Esposito has successfully completed the above terms and conditions of his sentence, the parties jointly request that the remaining term

of unsupervised probation be terminated, and the above-captioned matter be closed.

DATED this 12th day of April 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD ESPOSITO,<br><br>  Defendant. | Case No. 2:23-mj-349-BNW<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Esposito has successfully completed the terms and conditions of his sentence.

### ORDER

IT IS HEREBY ORDERED that Mr. Esposito's request to withdraw his guilty plea to Operating a Motor Vehicle while Under the Influence of Alcohol is GRANTED.

IT IS FURTHER ORDERED that the government's request to amend Count One of the Complaint to a charge of Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor, is GRANTED.

IT IS FURTHER ORDERED that the Court accepts Mr. Esposito's guilty plea to the amended Count 1 of the Complaint – Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor.

IT IS FURTHER ORDERED that the original sentence be applied to the amended Count 1 of the Complaint.

4

IT IS FURTHER ORDERED that because Mr. Esposito has completed all terms and conditions of his sentence and unsupervised probation, this case be closed.

DATED this 16 day of April 2024.

                                                UNITED STATES MAGISTRATE JUDGE